MICHAEL BAILEY
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
William.Staes@usdoj.gov

*Attorney for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Scott Mason, | No. 2:19-cv-05876-DLR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS** |
| United States of America, | |
| Defendant. | |

1. Please take notice that all the parties have reached a settlement of this case of all claims. The fully executed Stipulation for Compromise Settlement was submitted to the Treasury Department for payment.

2. The United States funded the settlement in the agreed amount on or about August 15, 2020.

3. It is hereby stipulated by Plaintiff and the United States of America, by and through their respective attorneys, that this action be, and is hereby, dismissed with prejudice, each party to bear its own costs and fees, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure and the parties' settlement agreement.

1
2      Respectfully submitted this 16th day of September, 2020.
3
4                                              MICHAEL BAILEY
                                               United States Attorney
5                                              District of Arizona

6                                              s/*William C. Staes*
                                               WILLIAM C. STAES
7                                              Assistant United States Attorney
                                               *Attorney for Defendant United States*
8
9
                                               *RIGGS ELLSWORTH & PORTER*
10
                                               s/*Wesland J. Wright (with permission)*
11                                             WESLAND J. WRIGHT
12                                             *Attorneys for Plaintiff*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this case:

>Wesland J. Wright
>RIGGS ELLSWORTH & PORTER PLC
>1423 South Higley Rd., Suite 113
>Mesa, Arizona  85206-3449
>Tel: 408-539-9400
>Email: wes@riggslaw.com
>Attorney for Plaintiff

*s/Irene Millsaps*
U.S. Attorney's Office