# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Scott Mason,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Protective Service,<br><br>    Defendant. | No. CV-19-05876-PHX-DLR<br><br>**ORDER** |

    The Court has reviewed the parties' Notice of Settle and Stipulation to Dismiss. (Doc. 21.) For good cause shown,

    **IT IS ORDERED** dismissing this case with prejudice, each party to bear its own costs and fees.

    Dated this 16th day of September, 2020.

Douglas L. Rayes
United States District Judge